DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| MICHAEL LASHAWN SPRAGLING ) | CASE NO. 5:09 CV 0827 |
|  ) | CASE NO. 5:06 CR 0239 |
| Petitioner, ) | JUDGMENT ENTRY |
| v. ) |  |
| UNITED STATES OF AMERICA ) |  |
| Respondent. |  |

For the reasons set forth in Memorandum Opinion filed contemporaneously with this judgment, the Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is denied.

IT IS SO ORDERED.

06/22/09                                          *s/ David D. Dowd, Jr.*
Date                                               David D. Dowd, Jr.
                                                   U.S. District Judge