DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | CASE NO. 5:09 CV 0827 |
| MICHAEL LASHAWN SPRAGLING | ) | CASE NO. 5:06 CR 0239 |
| | ) | |
| | ) | |
| Petitioner, | ) | JUDGMENT ENTRY |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | | |

For the reasons set forth in Memorandum Opinion filed contemporaneously with this judgment, the Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is denied.

IT IS SO ORDERED.

08/04/09                               *s/ David D. Dowd, Jr.*
Date                                   David D. Dowd, Jr.
                                       U.S. District Judge